IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD. | § § § | |
| *vs.* | § § | C. A. NO.  H – 15 – 300 ADMIRALTY |
| M/V MARITIME JINGAN, *etc., et al.* | § § | |

*UNOPPOSED  MOTION  FOR  ENTRY  OF  DEFAULT*

TO THE HONORABLE GRAY H. MILLER:

Under Fed.R.Civ.P. 55(a), Plaintiff asks the Court to order entry of default against Defendant Odfjell Terminals (Houston) Inc. ("Odfjell"):

1. On February 3, 2015, Plaintiff filed the Original Complaint.  (Doc. No. 1).

2. On February 25, 2015, Plaintiff served a summons and the Original Complaint upon Odfjell by its registered agent, CT Corporation System.  (Doc. No. 4)

3. Odfjell has failed to appear.  The time for Odfjell to answer or otherwise respond to Plaintiff's Original Complaint has passed; Fed.R.Civ.P.12(a)(1)(A), 55(a).

4. Plaintiff respectfully asks the Court to enter a default judgment against Odfjell.

5.    Plaintiff accordingly asks the Court to:

(a)    Grant this motion;

(b)    Conclude as a matter of law that Plaintiff is entitled to entry of default against Odfjell;

(c)    Grant Plaintiff default judgment against Odfjell as to liability only;

(d)    Grant Plaintiff leave, in due course, to present evidence of its damages and, upon consideration of that evidence, grant Plaintiff a final judgment against Odfjell; and,

(e)    Grant Plaintiff all other relief to which it justly and equitably may be entitled.

Respectfully submitted,

*SHARPE & OLIVER, L.L.P.*

By _____
Robert C. Oliver
State Bar No. 15255700
S. D. Texas No. 886
5535 Memorial Drive, Suite F570
Houston, Texas 77007
Telephone:    (713) 864–2221
Facsimile:    (713) 864–2228
Email:  macknife@macknife.net

OF COUNSEL:

R. M. Sharpe, Jr.
State Bar No. 18129000
S. D. Texas No. 889

                                          ATTORNEYS   FOR   PLAINTIFF

## Certificate of Conference

I conferred with counsel for the parties that have appeared and they do not oppose the relief sought by this motion.

                                                Robert C. Oliver

## *Certificate of Service*

Per Local Rule 5.5 and on May 20, 2015, I served this motion, the accompanying proposed order and a true and complete copy of the Court's Order for Conference Deadline and Disclosure of Interested Parties (Doc. No. 2) on Defendant Odfjell Terminals (Houston) Inc., by certified mail, return receipt requested. On the same date, I served this motion and the accompanying proposed order upon Defendants, Jingan Navigation Co. Ltd., MSI Ship Management Pte. Ltd. and Aurora Tankers International Ltd., by their attorney of record, by CM/ECF.

_____
Robert C. Oliver